Stoddart v. Van Dyke.

---

## STODDART v. VAN DYKE et al.

Where three persons are sued on a promissory note given by one of the parties in the name of all as partners, and the evidence fails to show the partnership, or the authority of the party making the note, to bind all, and one of the parties is non-suited and judgment taken against the other two ; *Held*, That there is no error in such judgment.

APPEAL from the Fourteenth District, County of Sierra.

*H. B. Crossette and Vanclief & Stewart* for Appellants.

*Thornton, Jr. and Kirkpatrick* for Respondent.

TERRY, C. J., delivered the opinion of the Court—BALDWIN, J., concurring.

This was an action against defendants, as partners on a promissory note, signed Van Dyke, McDonald and Calderwood. Van Dyke and McDonald made default, and the defendant Calderwood answered, denying the partnership, and the execution of the note sued on by himself, or any person authorized for him.

A nonsuit was ordered as to Calderwood, and judgment given against the other defendants, and plaintiff appealed.

We can see no error in the judgment of nonsuit. The evidence entirely failed to show a partnership, or any authority in McDonald, by whom the note was given, to bind Calderwood by such a contract.

Judgment affirmed.